UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | 2:21-cv-00932-ODW (JEMx) | Date | November 16, 2022 |
|---|---|---|---|
| Title | *Caralyn Williams et al. v. Dick's Sporting Goods Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

On November 4, 2022, after having received and reviewed the Declaration of Anna Mezhebovskaya re: Status of Dismissal, (Decl., ECF No. 22), the Court ordered Defendant to file a Status Report informing the Court of the status of the settlement payment, to be received by the Court no later than **November 15, 2022**. As of today's date, the Court has received no such Status Report. Accordingly, Defendant is **ORDERED TO SHOW CAUSE**, in writing only, to be received by the Court no later than **November 21, 2022**, why a sanction of two hundred fifty dollars ($250), payable to the Court, should not be imposed upon Defendant and its counsel for failure to follow Court orders. No hearing will be held. This Order will be deemed discharged upon receipt of the Status Report and a filing explaining why the deadline was missed.

**IT IS SO ORDERED.**

                                                                                                                   :    00

Initials of Preparer    SE